# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PRINCESS MARIA SPENCER,    )
    )
       Plaintiff,    )
    v.    )      Civil Action No.  23-0032 (UNA)
    )
CATHOLIC CHARITIES,    )
    )
       Defendant.    )

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's application to proceed *in forma pauperis* and her *pro se* complaint.  The Court will grant the application and, for the reasons stated below, will dismiss the complaint without prejudice.

According to plaintiff, she was attacked by an unidentified female while staying at a shelter operated by Catholic Charities in the District of Columbia.  *See* Compl. at 1.  She further alleges that she has been threatened and subjected to verbal abuse by other shelter residents, yet shelter staff refuse to remove those residents or otherwise to ensure plaintiff's safety.  *See id.* The scars on plaintiff's face as a result of an assault prevent her from "be[ing] in the Guinness Book of World Records for beauty."  *Id.*  Plaintiff demands no particular form of relief.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332.  Under these statutes, federal jurisdiction is available when a "federal question" is presented or when the parties are of diverse citizenship and the amount in controversy exceeds $75,000.  "For jurisdiction to exist under 28 U.S.C. § 1332, there must be complete diversity between the parties, which is to say that the plaintiff may not be a citizen of the same state as any defendant."  *Bush v. Butler*, 521 F. Supp. 2d 63, 71 (D.D.C.

1

2007) (citing *Owen Equip. & Erection Co. v. Kroger*, 437 U.S. 365, 373-74 (1978)).  A party seeking relief in the district court must at least plead facts that bring the suit within the Court's jurisdiction. *See* Fed. R. Civ. P. 8(a).

This complaint neither presents a federal question nor establishes diversity jurisdiction, as all the parties appear to reside or conduct business in the District of Columbia.  Therefore, because subject matter jurisdiction is wanting, the Court must dismiss this case.  *See* Fed. R. Civ. P. 12(h)(3).  An Order is issued separately.


DATE: January 31, 2023                                    /s/
                                                          CHRISTOPHER R. COOPER
                                                          United States District Judge